CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 4, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>GENESIS HEALTHCARE, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80185 (SGJ)<br><br>(Jointly Administered) |
| LTC ACO LLC and GENESIS HEALTHCARE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTEN KRZYZEWSKI, an individual; TREMBLANT CONSULTANTS, LLC, a Maryland limited liability company; TRUE | Adv. Proc. No. 26-08012 (SGJ) |

[1] The last four digits of Genesis Healthcare, Inc.'s federal tax identification number are 4755. There are 299 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Genesis. The location of Genesis Healthcare, Inc.'s corporate headquarters and the Debtors' service address is 101 East State Street, Kennett Square, PA 19348.

LTC LLC, a Wyoming limited liability company; TRUE LTC LEAD ACO, LLC, a Wyoming limited liability company; TRUE LTC HOLDINGS GROUP, LLC (f/k/a LEAD LTC Holdings Group, LLC), a Wyoming limited liability company; TRUE LTC ADMINISTRATIVE SERVICES, LLC, a Wyoming limited liability company; CAROL BAUER, an individual; RYAN ROMANO, an individual; JILL FORD, an individual; MAUREEN WARD, an individual.

Defendants.

**ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION TO RESTRICT FROM PUBLIC VIEW DOCKET NO. 25**

Upon consideration of *Plaintiffs' Emergency Motion to Restrict from Public View Docket No. 25* [Docket No. 35] (the "Motion")[2] filed by Plaintiffs Genesis HealthCare, Inc., Genesis Healthcare LLC, and LTC ACO, LLC (collectively, the "Plaintiffs"), the Court finds that it has jurisdiction and authority to grant the relief requested in the Motion pursuant to 28 U.S.C. §§105(a) and 107.

The Court finds that further access to the Witness and Exhibit List could result in harm to the Plaintiffs. Therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion is GRANTED as set forth herein.

2. Access to Docket No. 25 is restricted.

3. The Court shall retain jurisdiction to hear and consider all disputes arising out of the interpretation or implementation of this Order.

# # # END OF ORDER # # #

[2] Capitalized terms used but otherwise not defined herein shall have the meaning ascribed to them in the Motion.

Prepared and presented by:

*/s/ Daniel-Charles V. Wolf*
Charles R. Gibbs (TX Bar No. 7846300)
**MCDERMOTT WILL & SCHULTE LLP**
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: crgibbs@mcdermottlaw.com

-and-

Daniel M. Simon (admitted *pro hac vice*)
Daniel-Charles V. Wolf (admitted *pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
444 W. Lake Street, Suite 4000
Chicago, IL 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
dsimon@mcdermottlaw.com
dcwolf@mcdermottlaw.com

- and -

Nathan Bull (admitted *pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131
Telephone: (305) 358-3500
Email: nbull@mcdermottlaw.com

*Counsel for Plaintiffs*