CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 4, 2026**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| GENESIS HEALTHCARE, INC., et al., | Case No. 25-80185 (SGJ) |
| Debtors. | (Jointly Administered) |
| LTC ACO LLC, GENESIS HEALTHCARE LLC, and GENESIS HEALTHCARE, INC., | |
| Plaintiffs,<br>v. | **ORDER** |
| KRISTEN KRZYZEWSKI, an individual; TREMBLANT CONSULTANTS, LLC, a Maryland limited liability company; TRUE LTC LLC, a Wyoming limited liability company; TRUE LTC LEAD ACO, LLC, a Wyoming limited liability company; TRUE LTC HOLDINGS GROUP, LLC (f/k/a LEAD LTC Holdings Group, LLC), a Wyoming limited liability company; TRUE LTC ADMINISTRATIVE SERVICES, LLC, a Wyoming limited liability company; CAROL BAUER, an individual; RYAN ROMANO, an individual; JILL FORD, an individual; MAUREEN WARD, an individual. | Adv. Proc. No. 26-08012-sgj |
| Defendants. | |

**ORDER GRANTING MOTION TO RESTRICT PUBLIC ACCESS**

On this date, the Court considered the *Motion to Restrict Public Access* (the "Motion"), filed Kristen Krzyzewski, Tremblant Consultants, LLC, True LTC LLC, True LTC LEAD ACO, LLC, True LTC Holdings Group, LLC (f/k/a Lead LTC Holdings Group, LLC), True LTC Administrative Services, LLC, Carol Bauer, Ryan Romano, Jill Ford, and Maureen Ward (together, "Defendants"), seeking to restrict public access to the *Witness and Exhibit List* Defendants filed on September 1, 2026 at ECF No. 26. Accordingly, the Court finds good cause for the entry of the following order.

IT IS THEREFORE ORDERED THAT:

1. The Motion is hereby granted.

2. Public access to the Defendants' *Witness and Exhibit List* (Adv. ECF No. 26, the "W&E List") is hereby RESTRICTED.

3. The redacted version of the W&E List attached to the Motion as **Exhibit B**, which Defendants previously filed at ECF No. 28, is authorized and approved.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

# # # END OF ORDER # # #

Prepared and submitted by:

Jason M. Rudd, Tex. Bar No. 24028786
Scott D. Lawrence, Tex. Bar No. 24087896
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, TX 75204
Phone: (214) 692-6200
Fax: (214) 692-6255
Email: jason.rudd@wickphillips.com
scott.lawrence@wickphillips.com

Emily Wilbur (admitted *pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Email: ewilbur@beneschlaw.com

Noelle Torrice (admitted *pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Email: ntorrice@beneschlaw.com

**COUNSEL TO KRISTEN KRZYZEWSKI, TREMBLANT CONSULTANTS, LLC, TRUE LTC LLC, TRUE LTC LEAD ACO, LLC, TRUE LTC HOLDINGS GROUP, LLC, TRUE LTC ADMINISTRATIVE SERVICES, LLC, CAROL BAUER, RYAN ROMANO, JILL FORD, AND MAUREEN WARD**