**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 10, 2026**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| GENESIS HEALTHCARE, INC., et al., | Case No. 25-80185 (SGJ) |
| Debtors. | (Jointly Administered) |
| LTC ACO LLC, GENESIS HEALTHCARE LLC, and GENESIS HEALTHCARE, INC., | |
| Plaintiffs, | **ORDER** |
| v. | Adv. Proc. No. 26-08012-sgj |
| KRISTEN KRZYZEWSKI, an individual; TREMBLANT CONSULTANTS, LLC, a Maryland limited liability company; TRUE LTC LLC, a Wyoming limited liability company; TRUE LTC LEAD ACO, LLC, a Wyoming limited liability company; TRUE LTC HOLDINGS GROUP, LLC (f/k/a LEAD LTC Holdings Group, LLC), a Wyoming limited liability company; TRUE LTC ADMINISTRATIVE SERVICES, LLC, a Wyoming limited liability company; CAROL BAUER, an individual; RYAN ROMANO, an individual; JILL FORD, an individual; MAUREEN WARD, an individual. | |
| Defendants. | |

**ORDER DENYING PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**
*(Relates to ECF No. 2)*

Upon the motion filed by Plaintiffs Genesis HealthCare, Inc., Genesis Healthcare LLC and LTC ACO, LLC (collectively, the "Plaintiffs") on an emergency basis for a Temporary Restraining Order and Preliminary Injunction (ECF No. 2, the "Motion"); the Plaintiffs' brief in support of the Motion filed at ECF No. 3; the response opposed to the Motion filed at ECF No. 32 by Kristen Krzyzewski, Tremblant Consultants, LLC, True LTC LLC, True LTC LEAD ACO, LLC, True LTC Holdings Group, LLC (f/k/a Lead LTC Holdings Group, LLC), True LTC Administrative Services, LLC, Carol Bauer, Ryan Romano, Jill Ford, and Maureen Ward (together, "Defendants"); and the hearing on the Motion the Court held on September 3, 2026; and upon the Court's *Bench Ruling on Plaintiffs' Expedited Motion for Preliminary Injunction* (ECF No. 52, the "Bench Ruling") the Court finds and concludes good cause exists for the entry of the following order.

IT IS THEREFORE ORDERED THAT:

1. The Court incorporates its recitations in the Bench Ruling as its findings of fact and conclusions of law concerning the Motion.

2. The Motion is hereby DENIED.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

# # # END OF ORDER # # #

Prepared and submitted by:

Jason M. Rudd, Tex. Bar No. 24028786
Scott D. Lawrence, Tex. Bar No. 24087896
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, TX 75204
Phone: (214) 692-6200
Fax: (214) 692-6255
Email: jason.rudd@wickphillips.com
scott.lawrence@wickphillips.com

Nesko Radovic (admitted *pro hac vice*)
Emily Wilbur (admitted *pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Email: nradovic@beneschlaw.com
ewilbur@beneschlaw.com

Noelle Torrice (admitted *pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Email: ntorrice@beneschlaw.com

**COUNSEL TO KRISTEN KRZYZEWSKI, TREMBLANT CONSULTANTS, LLC, TRUE LTC LLC, TRUE LTC LEAD ACO, LLC, TRUE LTC HOLDINGS GROUP, LLC, TRUE LTC ADMINISTRATIVE SERVICES, LLC, CAROL BAUER, RYAN ROMANO, JILL FORD, AND MAUREEN WARD**